**FILED** CH (5) NP

MAR 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Carlos Coleman

       Plaintiff,

  vs.

       Defendant(s).

Archer Aviation

NC

CASE NO. 26 02761

EMPLOYMENT DISCRIMINATION
COMPLAINT

1. Plaintiff resides at:

  Address 3526 S.Decatur BLVD apt 1031

  City, State & Zip Code Las Vegas NV, 89103

  Phone 843-693-9337

2. Defendant is located at:

  Address 190 Tasman Dr

  City, State & Zip Code San Jose, CA 95134

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

  a. __ Failure to employ me.

  b. _X_ Termination of my employment.

Form-Intake 2 (Rev. 4/05)    - 1 -

c. __ Failure to promote me.

d. X Other acts as specified below.

I believe Archer retaliated against me for my previous complaints about a specific

female employee.

_____

_____

_____

_____

5.      Defendant's conduct is discriminatory with respect to the following:

a. __ My race or color.

b. __ My religion.

c. X My sex.

d. __ My national origin.

e. __ Other as specified below.

_____

6.      The basic facts surrounding my claim of discrimination are:

I made my Plant Manager, Supervisor, and Acting manager aware of a female, who was doing different things to affect my job on 3-5 different occassions.   They only talked to her after every incident, they said to me. Things with her would calm down for a 2-3 weeks then, she would do something else to sabotage my work for that day.   Until the final complaints, when she lied to another manager about me this Manager came at me Aggressively about what she had heard from the female. When I came in the next day, around noon we were both terminated, but at the time I was told there was an investigation going on. I found out through a co worker the female alleged I sexually harrassed her.

7.      The alleged discrimination occurred on or about January 16 2025     .

                                    (DATE)

8.      I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                    - 2 -

discriminatory conduct on or about November 17 2025                .

(DATE)

9.      The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about December19,2025               .

(DATE)

10.     Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes X___      No ____

11.     WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: March 13, 2026                 _Carlos Coleman_____

SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION          Carlos Coleman

IS NOT REQUIRED.)                   PLAINTIFF'S NAME

(Printed or Typed)

Form-Intake 2 (Rev. 4/13)                 - 3 -



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Jose Local Office**
96 N Third St, Suite 250
San Jose, CA 95112
(408) 889-1950
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: December 19, 2025

**To:** Mr. Carlos Coleman
3526 S. Decatur Blvd., Apt # 1031
LAS VEGAS, NV 89103

Charge No: 556-2026-00111

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 556-2026-00111.

On behalf of the Commission,

**Margaret Ly**

Digitally signed by
Margaret Ly
Date: 2025.12.19
07:43:43 -08'00'

Margaret Ly
Local Office Director

Cc:
Cindi L Ritchey
Attorney
JONES DAY
4655 EXECUTIVE DRIVE STE 1500
San Diego, CA 92121

Eric Lentell
Chief Legal & Strategy Officer
Archer Aviation, Inc.
190 W TASMAN DR
San Jose, CA 95134


Please retain this Notice for your records.